ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/11

*Daniel Meier*
*(212) 898-4016*
*daniel.meier@sdma.com*

May 5, 2011

*Via E-mail [sullivannysdchambers@nysd.uscourts.gov]*
Hon. Richard J. Sullivan, U.S.D.J.
U.S.D.C. Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Susan Schnur v. CTC Communications Corp. Group Disability Plan* (first action)
    *CTC Communications Corp. Group Disability Plan v. Continental Casualty Company* (third-party action)
    Civil Action No.: 05-3297 (RJS)
    File No.: 02489-132983

Dear Judge Sullivan:

We represent third-party defendant, Continental Casualty Company ("CCC"), in the above-referenced matter. Attached please find the Notice of Bill of Costs, Bill of Costs and exhibits that were timely served on April 27, 2011. After waiting for opposition papers, which were never received, the Bill of Costs was inadvertently not filed with the Court due to a miscommunication with the Judgment Clerk. Accordingly, we respectfully request permission to file the enclosed papers at this time.

Thank you for your attention to this matter.

Respectfully submitted

Daniel Meier
Sedgwick LLP

SO ORDERED
Dated: 5/5/11
RICHARD J. SULLIVAN
U.S.D.J.

Attachments
cc: Stanley D. Baum, Esq.
    Shannon McCarthy Jandorf, Esq.

```
The Bill of Costs shall be filed on
or before May 11, 2011.
```

NY/699505v1