₄AO 133   (Rev. 8/06) Bill of Costs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/10/11

# UNITED STATES DISTRICT COURT
Southern District of New York

SUSAN SCHNUR, Plaintiff

V.

CTC COMMUNICATIONS CORP., Defendant/Third-Party Plaintiff

CONTINENTAL CASUALTY COMPANY, Third-Party Defendant.

## BILL OF COSTS

Case Number: 05 CV 3297 (RJS)

Judgment having been entered in the above entitled action on __4/4/2011__ against __Susan Schnur__,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................ | $ _____ |
| Fees for service of summons and subpoena ............ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | ~~430.00~~ 0 |
| Fees and disbursements for printing ........................... | 0.00 |
| Fees for witnesses (itemize on page two) ................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ............................. | _____ |
| Costs as shown on Mandate of Court of Appeals .... | _____ |
| Compensation of court-appointed experts ................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ..................................... | _____ |
| No Appearances | |
| No Opposition | TOTAL  $ ~~430.00~~ 0 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☒   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Michael H. Bernstein, Esq.

For: Continental Casualty Company, Third Party Defendant        Date: 4/27/2011
             Name of Claiming Party

Costs are taxed in the amount of __— $0 —__ and included in the judgment.

____Ruby Sikanjic____    By: _____    5/10/11
Clerk of Court                   Deputy Clerk           Date



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990     Fax: (212) 398-9253

To:  Elizabeth Chesler, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

# Invoice #26759

*Please refer to invoice number with payment.*

*If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.*

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| Dec 22, 2010 | Net 30 Days | Mark Virag | Court of Appeals for the 2nd. Circuit |

**Susan Schnur v. CTC Communications Corp.**
**Appellee's Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 84 | Brief Pages (10 Copies) @ | 3.04 | 255.00 |
| 1 | Typeset Cover @ | 125.00 | 125.00 |
| 10 | Perfect Bound Books @ | 5.00 | 50.00 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |
| 1 | Additional Adversary @ | 15.00 | 15.00 |
| 1 | U.S. Mail/Handling @ | 7.60 | 7.60 |
| 1 | Fed Ex Priority Overnight @ | 40.10 | 40.10 |

*[handwritten: Not Taxable / Court of Appeals Costs FRAP 39]*

|  |  |
|---|---|
| Subtotal: | 567.70 |
| Sales Tax: | 50.38 |
| Total Invoice Amount: | 618.08 |
| Payment Received: | 618.08 |
| Total Amount Due: | Paid in Full |

**File Number:**

**Please remit payment by: 1/21/2011**
Tax ID: 13-3771850

1446   MV   44886   (212) 422-0202         Page 1 of 1

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/11

Daniel Meier
(212) 898-4016
daniel.meier@sdma.com

May 5, 2011

**MEMO ENDORSED**

*Via E-mail [sullivannysdchambers@nysd.uscourts.gov]*
Hon. Richard J. Sullivan, U.S.D.J.
U.S.D.C. Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Susan Schnur v. CTC Communications Corp. Group Disability Plan (first action)*
    *CTC Communications Corp. Group Disability Plan v. Continental Casualty Company (third-party action)*
    Civil Action No.: 05-3297 (RJS)
    File No.: 02489-132983

Dear Judge Sullivan:

We represent third-party defendant, Continental Casualty Company ("CCC"), in the above-referenced matter. Attached please find the Notice of Bill of Costs, Bill of Costs and exhibits that were timely served on April 27, 2011. After waiting for opposition papers, which were never received, the Bill of Costs was inadvertently not filed with the Court due to a miscommunication with the Judgment Clerk. Accordingly, we respectfully request permission to file the enclosed papers at this time.

Thank you for your attention to this matter.

Respectfully submitted

Daniel Meier
Sedgwick LLP

SO ORDERED
Dated: 5/5/11
RICHARD J. SULLIVAN
U.S.D.J.

Attachments
cc: Stanley D. Baum, Esq.
    Shannon McCarthy Jandorf, Esq.

The Bill of Costs shall be filed on or before May 11, 2011.

NY/699505v1