05-cv-3297(RJS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of May, two thousand and eleven.

Susan Schnur,

    *Plaintiff-Appellant,*

    v.

CTC Communications Corp. Group Disability Plan,

    *Defendant-Third-Party Plaintiff-Appellee,*

Continental Casualty Company,

    *Third-Party Defendant-Appellee.*

**STATEMENT OF COSTS**

Docket No. 10-1943-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2011

IT IS HEREBY ORDERED that costs are taxed in the amount of $346.22 in favor of Third-Party Defendant-Appellee Continental Casualty Company.

DOCKETED AS #11, 0921
A JUDGMENT
ON 5/19/11

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/18/2011